IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| SPEC'S FAMILY PARTNERS, LIMITED,<br><br>     Plaintiff,<br> v.<br><br>FIRST DATA MERCHANT SERVICES LLC,<br><br>     Defendant. | Civil Action No. 2:14-cv-02995 |

## **DEFENDANT FIRST DATA MERCHANT SERVICES LLC'S NOTICE OF APPEAL**

Notice is hereby given that Defendant First Data Merchant Services LLC ("FDMS") hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment (ECF No. 147) and all other orders or rulings subsumed therein, including but not limited to the Order Denying Defendant's Motion to Dismiss and Order Denying Plaintiff's Motion for Judgment on the Pleadings (ECF No. 64). FDMS reserves the right to appeal subsequent rulings or orders that are subsumed in the final judgment.

*[Signature page follows]*

59499345.3

Respectfully submitted this 1st day of August, 2017.

*s/ John W. Peterson*
John W. Peterson (BPR # 26136)
Polsinelli PC
401 Commerce Street, Suite 900
Nashville, TN 37219
615.259.1523
615.523.1781 (facsimile)
john.peterson@polsinelli.com

Matthew S. Knoop (admitted *pro hac vice*)
Polsinelli PC
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309
404.253.6023
404.253.6060 (facsimile)
mknoop@polsinelli.com

*Attorneys for FDMS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was served via the Court's electronic filing system, this 1st day of August, 2017, upon the following:

Randall D. Noel
Gadson W. Perry
Butler Snow LLP
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
T: (901) 680-7200
F: (901) 680-7201
randy.noel@butlersnow.com
will.perry@butlersnow.com

Ronald W. Breaux
Timothy A. Newman
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
T: (214) 651-5000
F: (214) 651-5940
ron.breaux@haynesboone.com
timothy.newman@haynesboone.com

Emily Westridge Black
Haynes and Boone, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
T: (512) 867-8422
F: (512) 867-8605
emily.westridgeblack@haynesboone.com

*s/ John W. Peterson*

59499345.3