# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SPEC'S FAMILY PARTNERS, LIMITED, <br><br>  Plaintiff, <br><br> v. <br><br> FIRST DATA MERCHANT SERVICES LLC, <br><br>  Defendant. | Case No. 2:14-cv-2995-JPM-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Spec's Family Partners, Limited's ("Plaintiff") Motion for Entry of Judgment, filed on August 4, 2017 (ECF No. 150), the Court having entered an Order Granting in Part and Denying in Part Plaintiff's Motion for Entry of Judgment (ECF No. 172), and the parties having filed a Joint Calculation of Judgment (ECF No. 174),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting in Part and Denying in Part Plaintiff's Motion for Entry of Judgment, Plaintiff is hereby awarded a total of $7,609,062.21, increasing by $1,302.92 per day after the date this Judgment is entered. This action is hereby DISMISSED.

**APPROVED:**

 /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

 January 31, 2018
Date